# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

BENCHMARK INVESTMENTS, INC.,

                        Plaintiff,                  20 **CIVIL** 10888 (VSB)

          -against-                   **JUDGMENT**

PAVMED INC.,

                        Defendant.

-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 16, 2021, the motion to dismiss is GRANTED; accordingly, this case is closed.

**Dated:**  New York, New York
           December 16, 2021

                                                                **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                              **BY:**

                                                                     Deputy Clerk